UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-01534-ODW(PLAx) | Date | September 8, 2015 |
|---|---|---|---|
| Title | Reginald Lockhart v. Columbia Sportswear Company et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS)  Order Vacating Hearing on** MOTION to Remand Case [14]

        The hearing on the above-referenced MOTION, scheduled for September 14, 2015 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.


The matter stands submitted, and will be decided upon without oral argument. An order will issue.


IT IS SO ORDERED.

                                                                                              :     00

                                        Initials of Preparer     se